■ MARION MAY et al., v. VICTOR FERRANTELLE et al.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before May 1, 1962, with notice of argument for the June Term of this court, said appeal to be argued or sub-

mitted when reached. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.